**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6677**

———————

JOHN HENRY WEST,

Petitioner - Appellant,

versus

GEORGE DEEDS,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-99-165-AM)

———————

Submitted:  August 24, 1999      Decided:  September 21, 1999

———————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

John Henry West, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Henry West seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999).[1]  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See West v. Deeds, No. CA-99-165-AM (E.D. Va. Mar. 11, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[2]

DISMISSED

---

[1] West's informal brief also challenges the denial of a motion for reconsideration he filed more than ten days after his petition was denied.  West noted his appeal before he filed his motion for reconsideration, however, so we have no jurisdiction to review the district court's ruling denying the motion. See Fed. R. App. P. 4(a)(4).

[2] West alleges that a separate petition filed by his former attorney was fraudulently submitted to the district court.  He cannot obtain consideration of this claim by filing a second petition; instead, the proper procedure is to move for revision of the judgment in the previous case pursuant to Fed. R. Civ. P. 60(b).